No. 05–7462. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–7778 (05A490). BAKER v. MARYLAND. Cir. Ct. Harford County, Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 05–7779 (05A491). BAKER v. MARYLAND. Ct. App. Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 05–7926 (05A511). BAKER v. MARYLAND. Cir. Ct. Harford County, Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 04–9900. PENIGAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 830;

No. 04–9973. BARBER v. PERDUE, GOVERNOR OF GEORGIA, ante, p. 832;

No. 04–10154. HUDSON v. KAPTURE, WARDEN, ante, p. 839;

No. 04–10170. LAMKIN v. TEXAS, ante, p. 840;

No. 04–10177. MORROW v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, ante, p. 840;

No. 04–10291. MOATS v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA; MOATS v. WHETSTONE ET AL.; MOATS v. WHETSTONE ET AL.; and MOATS v. WHETSTONE ET AL., ante, p. 844;

No. 04–10339. DAIBO v. UNITED STATES, ante, p. 934;

No. 04–10351. SPIELVOGEL v. UNITED STATES, ante, p. 934;

No. 04–10468. RONQUILLO PALMA v. UNITED STATES, ante, p. 853;

No. 04–10499. SCHULER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ante, p. 855;

No. 04–10526. BARLEY v. COOK, ante, p. 856;

No. 04–10597. ROMER ET AL. v. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, ET AL., ante, p. 860;

No. 04–10704. FIORANI v. UNITED STATES, ante, p. 866;

No. 05–233. CAMPBELL *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA, *ante,* p. 938;

No. 05–5008. HENRY *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 877;

No. 05–5125. DOBBS *v.* MISSISSIPPI ET AL., *ante,* p. 884;

No. 05–5268. GRIFFIN *v.* UNITED STATES, *ante,* p. 892;

No. 05–5480. HUGHES *v.* MARSHALL, WARDEN, *ante,* p. 906;

No. 05–5489. COE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 906;

No. 05–5613. MELENDEZ *v.* McGRATH, WARDEN, *ante,* p. 942;

No. 05–5649. DAUGHERTY *v.* MISSOURI, *ante,* p. 943;

No. 05–5896. WINESTOCK *v.* UNITED STATES, *ante,* p. 919;

No. 05–6203. SCHAFFNER *v.* LeBLANC, WARDEN, *ante,* p. 951;

No. 05–6334. MITCHELL *v.* UNITED STATES, *ante,* p. 958;

No. 05–6370. IN RE MOORE, *ante,* p. 932; and

No. 05–6407. GONZALEZ-HUERTA, AKA COVARRUBLIAS, AKA GONZALEZ-COVARRUBLIAS *v.* UNITED STATES, *ante,* p. 967. Petitions for rehearing denied.

No. 05–284. SMALL *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL., *ante,* p. 972; and

No. 05–5606. BARBER *v.* GONZALES, ATTORNEY GENERAL, *ante,* p. 911. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.

No. 04–8955. REDDEN *v.* RAFFERTY, WARDEN, ET AL., 544 U. S. 1022. Motion for leave to file petition for rehearing denied.

DECEMBER 12, 2005

No. 04–1139. SPELLINGS, SECRETARY OF EDUCATION *v.* LEE. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lockhart* v. *United States, ante,* p. 142.

No. 04–1740. WAGNON, SECRETARY, KANSAS DEPARTMENT·OF REVENUE, ET AL. *v.* PRAIRIE BAND POTAWATOMI NATION. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wagnon* v. *Prairie*